

~~SEALED~~
UNSEALED
10-3-14

| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Corpus Christi |
|---|---|

CORPUS CHRISTI Division
Magistrate No.: N/A

File: <u>INDICTMENT</u>                CR. No.: _____ **C-14-178**

Filed: <u>March 12, 2014</u>

County: <u>Hidalgo</u>                     **JUDGE NELVA GONZALES RAMOS**

LIONS #: <u>2014R03328</u>         Judge: _____

Attorneys:

United States of America              KENNETH MAGIDSON, U.S. ATTORNEY
                                      JULIE K. HAMPTON, ASST. U.S. ATTORNEY
v.                                    **GRAND JURY ACTION          APP'D   RET**

<u>OSCAR MANUEL GOMEZ GUERRA</u>   <u>PLEASE INITIAL</u>

| TRUE BILL: _____ |
| NO BILL: _____ |

Charge(s):  Ct. 1:  Did knowingly and intentionally conspire to launder monetary instruments:
            18 USC 1956(h).
            Ct. 2: Did knowingly conduct an unlicensed money transmitting business:
            18 USC 1960 and 2.

Total
Counts
(2):

Penalty:    Ct. 1:  Not more than 20 years imprisonment, or a fine of not more than $500,000,
            or twice the value of the monetary instrument or funds involved in the
            transportation, or both (whichever is greater); not more than 3 years SRT; and, a
            $100 Special Assessment.
            Ct. 2:  Not more than 5 years imprisonment, or a fine of not more than $250,000,
            or both; not more than 3 years SRT; and, a $100 Special Assessment.

In Jail:    _____

On Bond:    _____

No Arrest:  Motion to Arrest Warrant